1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8      **CENTRAL DISTRICT OF CALIFORNIA**
9      **WESTERN DIVISION**

| | |
|---|---|
| APRIL BURTON, | ) Case No. 2:24-cv-05289-CBM-AJR |
| Plaintiff, | ) |
|  | ) **JUDGMENT** |
| vs. | ) |
|  | ) |
| KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) |
| Defendant. | ) ) |

# JUDGMENT

Pursuant to the Court's Order granting Defendant Kristi Noem's motion for summary judgment (Dkt. No. 34), it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Defendant against Plaintiff;
2. Defendant to recover her costs.

Dated: January 5, 2026

Hon. Consuelo B. Marshall
United States District Judge