# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-05289-CBM-AJR  Date January 14, 2026

Title: April Burton v. Kristi Noem, Secretary, U.S. Dept. of Homeland Security

Present: The Honorable Consuelo B. Marshall, United States District Judge

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                           Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated January 5, 2026.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Make JS-6.

☐ Entered _____.

Initials of Preparer     VRV